```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICARDO ORTIZ ORTIZ and ARIOSTO
FAJARDO, *individually and on behalf of
others similarly situated*,

            Plaintiffs,

  -v-

ABITINO'S PIZZA 49th STREET CORP.
d/b/a/ ABITINO'S PIZZERIA, *et al.*,

            Defendants.
---------------------------------------------------------------X

**ORDER**

19-CV-7380 (LJL) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

On January 8, 2021, the parties submitted their proposed settlement papers in this FLSA case for the Court's review (Dkt. No. 40); however, the proposed settlement agreement attached as Exhibit A has not been executed by the parties (Dkt. No. 40-1). Accordingly, the parties are directed to file an executed version of the agreement on the docket.

    **SO ORDERED.**

Dated: January 11, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge