USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICARDO ORTIZ ORTIZ and ARIOSTO
FAJARDO, *individually and on behalf of
others similarly situated*,

              Plaintiffs,

    -v-

ABITINO'S PIZZA 49th STREET CORP.
d/b/a/ ABITINO'S PIZZERIA, *et al.*,

              Defendants.
---------------------------------------------------------------X

**ORDER**

19-CV-7380 (LJL) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

       By Order dated January 11, 2021, the parties were directed to file an executed version of their proposed settlement agreement on the docket for the Court's review. To date, the parties have failed to do so. Accordingly, the parties are directed again to file a fully executed settlement agreement **no later than Friday, January 29, 2021**.

       **SO ORDERED.**

Dated: January 25, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge